

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name: Cheng Copeland, PLLC f/k/a Cheng Copeland & Associates, PLLC v. Jerilyn Chenevert a/k/a Jerilyn Lea Ackel

Appellate case number: 01-15-01076-CV

Trial court case number: 2015-31105

Trial court: 295th District Court of Harris County

Date motion filed: June 15, 2016

Party filing motion: Appellee

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings
                              Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Lloyd

Date: June 30, 2016